IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GIVAN, | No. C 04-01549 WHA |
| Plaintiff, | |
| v. | **NOTICE** |
| AL CZECH and JILL HARPER, | |
| Defendants. / | |

The Court hereby informs defendants' counsel that recently-appointed counsel for plaintiff, C. Scott Andrews, is a former law clerk to the undersigned. Any questions regarding Mr. Andrews' previous employment should be directed to Mr. Andrews. Any motion by respondent to recuse the undersigned judge must be filed by **MAY 24, 2007**.

**IT IS SO ORDERED.**

Dated: May 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE