AARON M. ARMSTRONG (Bar No. 197301)
C. SCOTT ANDREWS (Bar No. 243690)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:    +1 (415) 772-6000
Facsimile:    +1 (415) 772-6268
email:  scott.andrews@hellerehrman.com
email:  aaron.armstrong@hellerehrman.com

Attorneys for Plaintiff
JEFFREY GIVAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY GIVAN,<br><br>                              Plaintiff,<br><br>        v.<br><br>AL CZECH and JILL HARPER,<br><br>                              Defendants. | Case No.: C 04 1549 WHA<br><br>**STIPULATED REQUEST FOR ENLARGEMENT OF TIME; [PROPOSED] ORDER ENLARGING TIME**<br><br>The Honorable William Alsup |

        Plaintiff Jeffrey Givan and defendant Al Czech stipulate, through their undersigned

counsel, that the deadlines for seeking leave to amend the pleadings, for seeking leave to

add new parties, and for making initial disclosures shall be extended to November 2, 2007.

        I, C. Scott Andrews, attest that concurrence in the filing of this document has been

obtained from the other signatory, Kay K. Yu.

Dated:  October 19, 2007

                                        By:_____/s/_____
                                        Kay K. Yu
                                        Attorney for Defendant
                                        AL CZECH

Dated: October 19, 2007                    HELLER EHRMAN LLP


                                           By:_____/s/_____
                                           C. Scott Andrews
                                           Attorney for Plaintiff
                                           JEFFREY GIVAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    October 19, 2007

                                           _____
                                           THE HON. WILLIAM ALSUP
                                           United States District Judge

STIPULATED REQUEST FOR ENLARGEMENT OF TIME; [PROPOSED] ORDER ENLARGING TIME; *GIVAN v. CZECH*, C 04-1549 WHA