UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GIVAN, | No. C-04-1549 WHA (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| AL CZECH, *et al.*, | |
| Defendants._____/ | |

By letter dated March 10, 2008, Plaintiff JEFFREY GIVAN requested to be excused from personally appearing at the settlement conference scheduled for March 25, 2008 (*see* Docket No. 69).

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that Plaintiff JEFFREY GIVAN be available by telephone from 9:30 a.m. Pacific Time until further notice on March 25, 2008.

This order disposes of Docket No. 69.

IT IS SO ORDERED.

Dated: March 12, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge